UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,                : 09 Cr. 524 (JSR)
                                         :
            v.                           : ECF Case
                                         :
CHIGBO PETER UMEH, *et al.*,             : NOTICE OF ATTORNEY APPEARANCE
                                         : AND REQUEST FOR ELECTRONIC
            Defendants.                  : NOTIFICATION
------------------------------------------------------------ x

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of defendant Marcel Acevedo Sarmiento. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated: New York, New York
       February 12, 2013

                              DEBEVOISE & PLIMPTON LLP

                    By:   /s/ Andrew J. Ceresney
                          Andrew J. Ceresney
                          ajceresney@debevoise.com

                          919 Third Avenue
                          New York, New York 10022
                          (212) 909-6000

                          *Attorneys for defendant*
                          *Marcel Acevedo Sarmiento*

TO:    All those receiving electronic notice