# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

February 26, 2013

BY ELECTRONIC MAIL

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007



United States v. Marcel Acevedo Sarmiento, 09 Cr. 524 (JSR)

Dear Judge Rakoff:

    We represent defendant Marcel Acevedo Sarmiento in this matter. We are writing to request that the Court unseal pages 4 through 19 of the transcript of the hearing held on December 28, 2012, for the limited purpose of providing a copy of that transcript to the undersigned counsel of record.

Sincerely,

Helen V. Cantwell

cc: Jenna Dabbs, Esq.

**IT IS SO ORDERED.**

Hon. Jed. S. Rakoff, U.S.D.J.

3-3-13