

Rakoff J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,  :  09 Cr. 524 (JSR)

v.  :  ECF Case

CHIGBO PETER UMEH, *et al.*,  :  **STIPULATION**

Defendants.  :
------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their respective counsel of record, that defendant Marcel Acevedo Sarmiento has been in official detention as a result of the offense for which sentence was imposed in the above-captioned prosecution since his arrest in Bogotá, Colombia, on June 2, 2010.

The parties further stipulate and agree that this Stipulation may be signed in counterparts and a signature made by facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: March 13, 2013
New York, New York

_____
Helen V. Cantwell
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
hvcantwell@debevoise.com
*Attorneys for Marcel Acevedo Sarmiento*

_____
Jenna M. Dabbs
United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2212
jenna.dabbs@usdoj.gov
*Attorneys for the United States*

**IT IS SO ORDERED.**

_____
Honorable Jed. S. Rakoff, U.S.D.J.

3/23/13