# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com



July 25, 2013

BY HAND

The Honorable Jed S. Rakoff
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

DOC #
DATE FILED: 8/2/13

Re: **United States v. Umeh et al, 09 Cr. 524 (JSR)**

Dear Judge Rakoff:

    I represent defendant Marcel Acevedo Sarmiento in the above-captioned case. As of July 25, 2013 I will no longer be employed by Debevoise & Plimpton LLP.

    I respectfully request Your Honor's permission to withdraw as counsel-of-record in this matter, to have my former email address (smeisenb@debevoise.com) removed from ECF notifications, and to have this letter memo-endorsed.

    Mr. Acevedo is aware of this change in my employment status. Mr. Acevedo is also aware that my colleagues at Debevoise, including Clay Kaminsky, who has entered a Notice of Appearance in this action, will continue to represent him.

Respectfully submitted,

*Svetlana Eisenberg*

Svetlana M. Eisenberg

Cc: AUSA Jenna Dabbs (by email)

So Ordered: *[signature]*
The Honorable Jed S. Rakoff
Dated: 7/31/13

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

July 25, 2013

BY HAND

The Honorable Jed S. Rakoff
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

        **Re:**    **United States v. Umeh et al, 09 Cr. 524 (JSR)**

Dear Judge Rakoff:

    I represent defendant Marcel Acevedo Sarmiento in the above-captioned case. As of July 25, 2013 I will no longer be employed by Debevoise & Plimpton LLP.

    I respectfully request Your Honor's permission to withdraw as counsel-of-record in this matter, to have my former email address (smeisenb@debevoise.com) removed from ECF notifications, and to have this letter memo-endorsed.

    Mr. Acevedo is aware of this change in my employment status. Mr. Acevedo is also aware that my colleagues at Debevoise, including Clay Kaminsky, who has entered a Notice of Appearance in this action, will continue to represent him.

                                      Respectfully submitted,

                                      *Svetlana Eisenberg*

                                      Svetlana M. Eisenberg

Cc:    AUSA Jenna Dabbs (by email)

So Ordered: _____
The Honorable Jed S. Rakoff

Dated:_____